Jay H. Carl, d/b/a The Jay H. Carl Agency, Plaintiff-Appellee, v. Ray G. Bohlman, d/b/a R. C. B. Trucking Co., Defendant-Appellant.

Gen. No. 48,042.

First District, Second Division.

December 20, 1960.

Korshak and Rothman (Thomas J. Finnegan and Marshall R. Rothman, of counsel) for appellant; Brooks and Gordon, of Chicago (Gilbert Gordon, of counsel) for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.